IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RITCHY BIENAIME,

      Appellant,

 v.                                                                    Case No.  5D17-3164

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 10, 2018

Appeal from the Circuit Court
for Orange County,
A. James Craner, Judge.

James S. Purdy, Public Defender, and
Thomas J. Lukashow, Assistant Public
Defender, Daytona Beach, for Appellant.

Ritchy Bienaime, Bristol, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      We affirm the judgment and sentence under review.  However, we remand this case to the trial court to correct a scrivener's error in the judgment, which erroneously states that the defendant was convicted of a third-degree felony when he was convicted of a second-degree felony.

      AFFIRMED; REMANDED to correct scrivener's error.

SAWAYA, PALMER and BERGER, JJ., concur.